64  355
164s 503

# National Bank of America v. The National Bank of Illinois.

1. CHECKS —*Holder of—Right to Sue the Drawee.*—The holder of a check may sue the bank upon which it is drawn, if the account of the maker with the bank is good, and the holder has a good title to the check.

2. SAME—*Bona Fide Holder.*—A person who receives a check from his debtor without notice of any defect in its title, is a *bona fide* holder and gets a good title.

**Assumpsit**, on a bank check. Appeal from the Circuit Court of Cook County; the Hon. FRANCIS ADAMS, Judge, presiding. Heard in this court at the March term, 1896. Affirmed. Opinion filed May 14, 1896.

WALKER, JUDD & HAWLEY, attorneys for appellant.

MORAN, KRAUS & MAYER, attorneys for appellee.

MR. PRESIDING JUSTICE GARY DELIVERED THE OPINION OF
THE COURT.

Both these banks are at Chicago. A firm of private
bankers, Herman Schaffner & Co., kept an account with the
appellee, and it was overdrawn more than the amount here
in controversy.

June 2, 1893, after banking hours, the firm deposited with
the appellee the check as follows:

"No. 2,100.                    CHICAGO, June 2, 1893.

NATIONAL BANK OF AMERICA AT CHICAGO.

Pay to the order of C. B. Beach one thousand dollars.

E. KELLOGG BEACH."

Indorsed:

" Pay to the order of H. & D. S. Greenebaum.

C. B. BEACH,

H. & D. S. GREENEBAUM,

HERMAN SCHAFFNER & COMPANY."

The appellee knew nothing about the check except what
appeared upon it; and credited it to the account of the firm.

In fact it was given to be used for a certain purpose,
which had failed, and there was no consideration between
any of the parties whose names appear upon it, either as
maker, payee or indorser.

June 2, 1893, was the last day the firm of Herman
Schaffner & Co. did business; next morning they did not
open.

The account of the maker was good with the appellant,
and he stopped the payment of the check. When the ap-
pellant refused to pay the check, the appellee charged it
back to Schaffner & Co.

We regard this last act as mere bookkeeping.

The appellee has kept, and keeps the check, and this suit
is upon it. The law of this State permits the holder of a
check to sue the bank on which it is drawn, if the account
of the maker with the bank is good, and the holder has a
good title to the check. That is so well settled that con-
troversy about it has ceased. American Exchange Bank v.
Chicago National Bank, 131 Ill. 547.

The appellee was a *bona fide* holder.

Receiving the check from its debtor, without notice of any defect in the title, gave it a good title. Russell v. Hadduck, 3 Gilm. 233.

The judgment in favor of the appellee for the amount of the check, with interest, is affirmed.